NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KIMBERLY MEZILUS, )
)
     Appellant, )
)
v. )   Case No. 2D18-2821
)
KASH N' KARRY FOOD STORES, )
INC., d/b/a SWEETBAY )
SUPERMARKET, )
)
     Appellee. )
_____)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Richard A.
Nielsen, Judge.

Chad K. Florin, Thomas D. Roebig, Jr.,
Wil H. Florin, Shaun M. Cummings of
Florin Roebig, PA, Palm Harbor; and
Daryl Q. Stringer and Trevor R.
Sammons of Stringer Law Firm, Tampa,
for Appellant.

Jerry A. Setchel of Weekley Schulte
Valdes Murman & Tonelli, Tampa, for
Appellee.


PER CURIAM.

     Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.